**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SEMORAN, LLC,**

              **Plaintiff,**

**-vs-**                                     **Case No. 6:07-cv-1362-Orl-31KRS**

**FLORIDA MEDIA GROUP, LLC,**

              **Defendant.**

_____

**ORDER TO STRIKE**

Plaintiff Semoran, LLC has filed a document entitled Plaintiff's Reply in Avoidance of Defendant's Affirmative Defenses. Doc. No. 23. This document fails to comply with the requirements of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 7. Therefore, the document is **ORDERED** stricken and the Clerk is directed to delete this document.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 21, 2007.

                                                  *Karla R. Spaulding*
                                                KARLA R. SPAULDING
                                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party